IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


REGINA C. MEADOWS                                                    PLAINTIFF


        v.                              CIVIL NO. 04-5170


JO ANNE B. BARNHART, Commissioner
Social Security Administration                                       DEFENDANT

## J U D G M E N T

        For reasons stated in a memorandum opinion of this date, we hereby reverse the decision

of the Commissioner and remand this case for further consideration pursuant to sentence four

of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket**

**in which to appeal.**

        If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

        IT IS SO ORDERED AND ADJUDGED this 23rd day of September 2005..


                                        /s/ Beverly Stites Jones
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE